

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00089-CR

**LUIS SALAS-TREVINO,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D38085-CR

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of

the date of this Order. *See id*.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Appeal abated
Order issued and filed July 5, 2019
[RWR]

